# EXHIBIT 1

IN RE: THE ESTATE OF )

BRIAN SULLIVAN BIBEE, )

Deceased ) Civil Action NO. 24-PR-26614

## ORDER

This cause came on to be heard on this the 10th day of October, 2024, before the Chancery Court of Sullivan County, upon the Petition for Probate filed by Hal Haynes Bibee, Sr.,

It appearing to the Court that the said Brian Sullivan Bibee, deceased, died intestate in Sullivan County, Tennessee and that his usual place of residence at the time of death was in said County,

IT IS THEREFORE ORDERED that **HAL HAYNES BIBEE, SR.** be issued Letters of Administration, and that bond and inventory are waived, a consent and waiver of bond and inventory having been signed by each of the other heirs of Brian Sullivan Bibee, so that **HAL HAYNES BIBEE, SR.** as next of kin and Administrator of the Estate of Brian Sullivan Bibee may pursue a wrongful death action and pursue such other legal remedies which may be necessary or prudent to pursue.

Enter:

_Katharine Jennelle_
Clerk and Master

_Jan L. Herm_
_____
Jamie L. Herman
One of the attorneys for Hal Haynes Bibee, Sr.
409 E. Watauga Avenue

*Jamie L. Herman*
*Attorney at Law*
*409 E. Watauga Avenue*
*Johnson City, Tennessee*
*37601*

*423-928-5480*

FILED 10/10, 2024 @ 10:30 a.m./p.m.
Katharine Jennelle, Clerk and Master

Johnson City, Tennessee 37601
Telephone: 423-928-5480
Fax: 423-928-5480
BOPR 9186
jherman@jhermanattorney.com

_Van Bunch by Jame Herm_

Van Bunch
One of the attorneys for Hal Haynes Bibee, Sr.
Bonnett, Fairbourn, Friedman & Balint, PC
1006 Hanover Street
Chattanooga, Tennessee 37405
Telephone: 602-274-1100
BOPR 012874
vbunch@bffb.com

Jamie L. Herman
Attorney at Law
409 E. Watauga Avenue
Johnson City, Tennessee
37601

423-928-5480

IN THE CHANCERY COURT FOR SULLIVAN COUNTY
AT BLOUNTVILLE, TENNESSEE
PROBATE DIVISION

IN THE MATTER OF )
BRIAN SULLIVAN BIBEE, )
Deceased. )
) Civil Action No. 24- PR-26614

### LETTER OF ADMINISTRATION

It appearing that **BRIAN SULLIVAN BIBEE** has died, a resident of Sullivan County,

Tennessee, leaving no will, and that the undersigned, having been satisfied as to your

claim and ability to administer the estate, you,

**HAL HAYNES BIBEE, SR.**

are therefore empowered to take into your possession and control all of the personal

and real property of said Estate, as required by law, to pay all proven debts and to do

and transact all the duties required of personal representatives, including but not

limited to the filing of any legal actions which should be filed, including the prosecution

of any wrongful death/and/or survival action; and after having settled said estate, to

deliver the residue thereof to those who are entitled to it.

Issued at office this 10th day of October , 2024.

**CLERK AND MASTER**

*Katharine Jennelle*
**KATHERINE JENNELLE**

STATE OF TENNESSEE, COUNTY OF SULLIVAN

The undersigned does hereby certify that the foregoing is a true copy of Letter
of Administration issued to HAL HAYNES BIBEE, SR., Administrator of the Estate of
BRIAN SULLIVAN BIBEE, deceased, as the same appears in the records in this office and
is now in full force and effect.

This 10th day of October , 2024.

*Katharine Jennelle*
Deputy Clerk and Master