# EXHIBIT 2

# Barry P. Staubus

**From:** Barry P. Staubus
**Sent:** Wednesday, January 31, 2024 2:10 PM
**To:** Barry P. Staubus
**Subject:** memo re: conversation with Dr. Orvik , Forensic pathologist

On November 27, 2023, I received an email from Laura Parsons, Director of Operations at the Forensic Center, asking if was available to speak to Dr. Orvik. As a result, I called and spoke to Dr. Orvik. It was regarding Brian Bibee. She had performed the autopsy of Brian Bibee. The cause of death was fentanyl and meth intoxication. The manner of death was accident. She said she had reviewed body cam footage of the Defendant and of the BTPD. She stated, in her opinion, IF Narcan had been administered sooner Bibee MAY have survived. She also said she was letting me know this for "training purposes." I asked if she could state that opinion within a reasonable degree of medical certainty. She replied "no" and that she was "not an expert." I asked if the statement/opinion would be included in the autopsy report. She said no. I reported this to Chief Austin. He responded by sending me materials including email correspondence warning of using too much Narcan and of the adverse effects if given under the wrong circumstances or if too much was administered. Those materials from Chief Austen are contained in the case file.

1